FILED
2010 Jun-22 AM 09:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JAMES BROADHEAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:10-cv-00475-JHH-RRA |
| ) | |
| OFFICER CAROLYN O'BRIAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report on May 26, 2010, recommending that this action be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Although the plaintiff was advised of his option to file specific written objections within fifteen days, he has failed to respond to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, this action is due to be dismissed without prejudice as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Final Judgment will be entered.

**DONE** this the __22nd__ day of June, 2010.

*/s/ James H. Hancock*

SENIOR UNITED STATES DISTRICT JUDGE